UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

W.S. BADCOCK CORPORATION,
    Appellant,

v.                                     CASE NO. 4:14-cv-00168-BO

STEPHEN L. BEAMAN, as Chapter 7 Trustee
of the Estate of Edward L. Braxton and Wanda
F. Braxton,
    Appellee.
_____/

## *AGREED* ORDER GRANTING JOINT MOTION
## TO CONSOLIDATE APPEALS AND BRIEFING SCHEDULES,
## AND FOR EXTENSION OF TIME TO SUBMIT INITIAL BRIEFS

This Cause came to be considered upon the Joint Motion to Consolidate Appeals and Briefing Schedules, and for Extension of Time to Submit Initial Briefs [EDNC Dkt. 22] ("Joint Motion") filed by W.S. Badcock Corporation and Stephen L. Beaman, as Chapter 7 Trustee of the Estate of Edward L. Braxton and Wanda F. Braxton. After considering the Joint Motion and being fully advised of the premises, upon the agreement of the Parties, and for the reasons set forth in the Motion, IT IS ORDERED that:

1.    The Motion is GRANTED.

2.    The Clerk of Court SHALL CONSOLIDATE current appellate case numbers 4:14-cv-00168-BO and 4:14-cv-00175-BO into a single consolidated appellate case for all purposes, under consolidated Case No. 4:14-CV-168-BO.

3.    The Clerk of Court SHALL CONSOLIDATE current appellate case numbers 4:14-cv-00169-BO, 4:14-cv-00170-BO, 4:14-cv-00171-H, 4:14-cv-00172-BO, 4:14-cv-00173-

1

BO; and 4:14-cv-00174-FL into a single consolidated appellate case for all purposes, under consolidated Case No. 4:14-CV-169-BO.

4. The Clerk of Court SHALL PUBLISH a consolidated briefing schedule upon creation and docketing of the two consolidated appellate cases.

5. The Clerk of Court SHALL DOCKET this Order in Case Nos. 4:14-cv-00168-BO, 4:14-cv-00169-BO; 4:14-cv-00170-BO; 4:14-cv-00171-H; 4:14-cv-00172-BO; 4:14-cv-00173-BO; 4:14-cv-00174-FL; and 4:14-cv-00175-BO.

SO ORDERED.

This 2 day of October, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE