IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CONSOLIDATED ACTION
No. 4:14-CV-168-BO

| | |
|---|---|
| W.S. BADCOCK CORPORATION, | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| STEPHEN L. BEAMAN, as Chapter 7 | ) |
| Trustee of the Estate of Edward L. Braxton | ) |
| and Wanda F. Braxton, | ) |
| | ) |
| Appellee. | ) |

This cause came to be considered upon a joint motion to clarify records on appeal filed

by W.S. Badcock Corporation and Chapter 7 Trustee Stephen L. Beaman. After considering the

motion and being fully advised of the premises, and upon agreement of the parties, the joint

motion [DE 28] is granted. The record on appeal to be used for consolidated appellate case 4:14-

CV-168-BO shall be the current record on appeal in case 4:14-CV-175-BO.

SO ORDERED, this _13_ day of February, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

Case 4:14-cv-00168-BO   Document 31   Filed 02/16/15   Page 1 of 1